

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:24-cr-114
     18 U.S.C. § 641

**GARY LOMAX**

## INFORMATION

The United States Attorney charges:

From on or about April 4, 2020, and continuing through on or about June 27, 2020, in St. Albans, Kanawha County, West Virginia and within in the Southern District of West Virginia and elsewhere, defendant GARY LOMAX did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, unemployment compensation benefits having a value of approximately $8,760.

In violation of Title 18, United States Code, Section 641.

WILLIAM S. THOMPSON
United States Attorney

By: _____
ANDREW J. TESSMAN
Assistant United States Attorney